AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOHN DOE, | JUDGMENT IN A CIVIL CASE |
| | Case: CIV NO. 16-00359 LEK-KJM |
| Plaintiff, | |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| | June 2, 2017 |
| UNKNOWN OFFICERS OF HONOLULU POLICE DEPARTMENT 1-6; UNKNOWN EMPLOYEES OF HONOLULU EMERGENCY SERVICES DEPARTMENT 1-6; CITY AND COUNTS OF HONOLULU, a municipal corporation of the State of Hawaii; THE QUEEN'S MEDICAL CENTER, a Hawaii nonprofit corporation; ANDREW E. HALL, R.N.; THE EMERGENCY GROUP, INC., a Hawaii professional corporations; BRANDI GARY, M.D.; UNKNOWN PHYSICIANS 1-6; UNKNOWN MEDICAL WORKERS 1-6; UNKNOWN SECURITY GUARDS 1-6, | At 2 o'clock and 45 min p.m.<br>SUE BEITIA, CLERK |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED     that Judgment is entered.  The Complaint is Dismissed without prejudice pursuant to the "Order Denying Plaintiff's Objections and Adopting, As Modified, The Magistrate Judge's Findings And Recommendation To Dismiss Case For Failure To Prosecute" filed on May 12, 2017, ECF NO. [55] and the "Findings and Recommendation To Dismiss Case For Failure to Prosecute" filed on April 24, 2017, ECF NO. [53].

<u>JOHN DOE VS UNKNOWN OFFICERS OF THE HONOLULU POLICE DEPARTMENT ET AL</u>; CIVIL 16-00359 LEK-KJM; JUDGMENT IN A CIVIL CASE

| June 2, 2017 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |